IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL CHAVEZ,

    Petitioner,

v.                                              No. CV 15-701 WJ/GBW

STATE OF NEW MEXICO, *et al.*,

    Respondent.

### ORDER TO CURE DEFICIENCY

This matter is before the Court on review of Mr. Chavez's Petition Under 28 U.S.C. 2254 for a Writ of Habeas Corpus.  *Doc. 1.*  Because the Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Cost, the Court finds that Petitioner's filing is deficient.  Petitioner also must include the case number (CV 15-701 WJ/GBW) for this case on all papers that he files in this proceeding.  Failure to timely cure the designated deficiencies may result in dismissal of this proceeding without further notice.

IT IS THEREFORE ORDERED that Petitioner cure the deficiencies designated above within thirty (30) days from entry of this order.  The Clerk is directed to mail an Application to Proceed in District Court Without Prepaying Fees or Costs and a copy of this Order to Petitioner.

_____
UNITED STATES MAGISTRATE JUDGE